```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JAMES MURPHY, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/9/2022 |
| Plaintiff, | |
| -against- | 21-cv-10566 (MKV) |
| KOHN GALLERY | ORDER |
| Defendant. | |

**MARY KAY VYSKOCIL**, United States District Judge:

In an Order dated February 4, 2022, the Court scheduled an Initial Pretrial Conference for March 10, 2022 and directed the parties to file a joint letter and proposed Case Management Plan, in accordance with the Court's Individual Rules of Practice, by March 3, 2022. To date, the parties have not filed those submissions. As such, IT IS HEREBY ORDERED that the Initial Conference is ADJOURNED to March 17, 2022 at 10:30 a.m. IT IS FURTHER ORDERED that the parties shall file their joint letter and proposed Case Management Plan by March 14, 2022.

IT IS FURTHER ORDERED that, by March 14, 2022, counsel for the parties shall file letters showing cause why they should not be sanctioned for failure to comply with the Court's Order and Individual Rules.

**SO ORDERED.**

**Date: March 9, 2022**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**